# UNITED STATES DISTRICT COURT

District of _____

Great Northern Ins Co
a/s/o Jon and Abby Winkelried

v.

Ferguson-Shamamian Architects, LLP
AND
W.B. Marden Company

FILED
IN CLERKS OFFICE
2005 FEB 16 P 3:14
U.S. DISTRICT COURT
DISTRICT OF MASS

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05cv10165 RGS

TO: (Name and address of Defendant)

W.B. Marden Company
1 Milk Street
Nantucket, Massachusetts

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick J LeFrus IV, Esq
9 Park St Suite 500
Boston MA 02108
617-723-7770

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    1/27/2005

CLERK                                           DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | February 7, 2005 |
| NAME OF SERVER (PRINT) Robert R Reardon Jr | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: in hand to Gail Butler person in charge of WB Marden Co. 2 Milk St Nantucket MA 02554

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/07/05        *Robert R Reardon*
             Date              Signature of Server

N.E. Constables
77 L St. Boston, MA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.