FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

2005 FEB 17 P 1: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. 05CV-10165-RGS

GREAT NORTHERN INSURANCE
COMPANY, as Subrogee of JON AND
ABBY WINKELREID,
    Plaintiff,

v.

FERGUSON & SHAMAMIAN
ARCHITECTS, LLP AND
W.B. MARDEN COMPANY,
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter my appearance as counsel for the Defendant, W.B. Marden Company, regarding the above-referenced matter.

                                        DEFENDANT,
                                        W.B. MARDEN COMPANY,
                                        By its attorney,

                                        Kathleen C. Tulloh Brink
                                        Mintz, Levin, Cohn, Ferris,
                                          Glovsky and Popeo, P.C.
                                        One Financial Center
                                        Boston, Massachusetts 02111
                                        (617) 542-6000

Dated:   2-17  , 2005

## CERTIFICATE OF SERVICE

I, Kathleen Tulloh Brink, counsel for the above-named Defendant, W.B. Marden Company, hereby certify that a copy of the following, **NOTICE OF APPEARANCE,** was served, this day, via first class mail, postage prepaid, on:

**Plaintiff:**

Patrick J. Loftus, III, Esq.
9 Park Street, Suite 500
Boston, MA 02108
(617) 723-7770

Robert M. Caplan, Esq.
Cozen and O'Connor
1900 Market Street
Philadelphia, PA 19183

Dated: 2-17, 2005

Kathleen Tulloh Brink

LIT 1505456v1

- 2 -