US District **COURT**, _____ **COUNTY, STATE OF** Massachusetts

---

Great Northern Ins
**Plaintiff/Petitioner**

Vs

Ferguson & Shamamian Architects
**Defendant/Respondent**

---

FILED
CLERKS OFFICE  05-10165-RGS

**AFFIDAVIT OF SERVICE**

2005 FEB 25

Sheriff's Case No. MC5-0554

U.S. DISTRICT COURT
Index No. DISTRICT OF MASS

**STATE OF NEW YORK**   }
**COUNTY OF NEW YORK**  } **SS:**

Antonio Nieves being duly sworn, affirms that he/~~she~~ is a Deputy Sheriff of the City of New York, being over the age of eighteen years, is not a party to this action or proceeding, and served the annexed, Summons/Complaint _____ in the above titled action or proceeding on the 16 day of Feb, 20 05, at approximately 1100 (a.m.)/p.m., at 270 Lafayette St, in the borough of **Manhattan**, County of **New York**, service was made upon Ferguson & Shamamian Arch the defendant/respondent, in the following manner:

| | | |
|---|---|---|
| **PERSONAL SERVICE** | [ ] | By delivering to and leaving with the above named defendant/respondent personally a true copy thereof, said person being known as the person mentioned and described herein. |
| **ALTERNATE PERSON** | [ ] | By delivering to and leaving a true copy thereof with, _____, a person of suitable age and discretion, who is _____ to the defendant/respondent. Said address is the dwelling place/place of business of the party served. |
| **AFFIXED TO PREMISES** | [ ] | By affixing a true copy thereof to the door of the above mentioned address, said address being the [ ] dwelling place  [ ] place of business of the defendant/respondent. |
| **MAILED** | [ ] | On \_\_\_\_\_ I mailed the _____ by first class mail to the defendant/respondent at his/her last known residence/actual place of business in an envelope bearing the legend "**PERSONAL AND CONFIDENTIAL**" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the defendant/respondent. |
| **CORPORATION** | [✓] | By delivering to and leaving with, Patricia Acosta, a true copy thereof. Said person stated he/she is the Office Manager, an agent authorized to accept service of legal process. |
| **STATUTORY FEE** | [ ] | At the time of service, a statutory fee of $\_\_\_\_\_ was also left with the person mentioned and described herein. |
| **OTHER:** | [ ] | |
| **DESCRIPTION** | [✓] | The person served is a [ ] Male [✓] Female and approximately: Age: 29 Height: 5'2 Weight: 160 Skin: White Hair: Bk |

**NOTARY**

Sworn to (affirmed) before me this
17th day of February, 2005

_____

LUIS DE LOS **DEPUTY SHERIFF**
Notary Public, State of New York
No. 02FE6037555
Qualified in Bronx County
Commission Expires Feb 22, 2006

8/29/98

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

GREAT NORTHERN INSURANCE COMPANY a/s/o JON and ABBY WINKELREID

V.

FERGUSON & SHAMAMIAN ARCHITECTS, LLP
and
W.B. MARDEN, COMPANY

FILED
CLERKS OFFICE
2005 FEB 25 P 12:18
U.S. DISTRICT COURT
DISTRICT OF MASS

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

05-CV-10165-RGS

TO: (Name and address of Defendant)

FERGUSON & SHAMAMIAN ARCHITECTS, LLP
270 LAFAYETTE STREET
SUITE 300
NEW YORK, NY 10012

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF
PATRICK J. LOFTUS, III
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  12-15-04