UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY<br>As Subrogee of Jon and Abby Winkelreid<br>200 S. 6th Street<br>Suite 1000<br>Minneapolis, Minnesota 55402-1470<br><br>    Plaintiff<br><br>v.<br><br>FERGUSON & SHAMAMIAN ARCHITECTS, LLP<br>270 Lafayette Street<br>Suite 300<br>New York, New York 10012<br><br>and<br><br>W.B. MARDEN COMPANY<br>2 Milk Street<br>Nantucket, Massachusetts 02554<br><br>    Defendants | CIVIL ACTION<br>NO. 05-CV-10165-RGS |

FILED
IN CLERKS OFFICE
2005 MAR 30  P 12: 53
U.S. DISTRICT COURT
DISTRICT OF MASS

## THE DEFENDANT FERGUSON & SHAMAMIAN ARCHITECTS, LLP'S CORPORATE DISCLOSURE STATEMENT

The defendant, Ferguson & Shamamian Architects, LLP ("Ferguson & Shamamian"), by and through its attorneys, Donovan Hatem LLP, hereby files this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 and states the following:

1. Ferguson & Shamamian has no parent corporation, and

2. No publicly held corporation or company owns more than 10% of Ferguson &