**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

FILED
'S OFFICE

'05 MY -2 P 1: 15

DISTRICT COURT
OF MASS

| | | |
|---|---|---|
| GREAT NORTHERN INSURANCE COMPANY<br>as Subrogee of Jon and Abby Winkelreid | : | CIVIL ACTION NO: |
| Plaintiff | : | 05cv10165 RGS |
| vs. | : | |
| | : | |
| FERGUSON & SHAMAMIAN ARCHITECTS, LLP | : | |
| | : | |
| and | : | |
| | : | |
| W.B. MARDEN, COMPANY | : | |
| Defendants | : | |

<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Plaintiff, Great Northern Insurance Company, is wholly owned (100%) by its

parent, The Chubb Corporation.

Respectfully submitted,

ROBERT M. CAPLAN, ESQUIRE
Cozen O'Connor
1900 Market Street, 3rd Floor
Philadelphia, PA 19103
215.665.4191
Attorneys for Plaintiff

Of Counsel:

Patrick J. Loftus, III, Esquire
9 Park Street, #500
Boston, MA 02108
617.723.7770
Local counsel for plaintiff

Dated: ___4/__/__/__