# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GREAT NORTHERN INSURANCE COMPANY | : | |
| as Subrogee of Jon and Abby Winkelreid | : | CIVIL ACTION NO: |
| Plaintiff | : | 05cv10165 RGS |
| vs. | : | |
| | : | |
| FERGUSON & SHAMAMIAN ARCHITECTS, LLP | : | |
| | : | |
| and | : | |
| | : | |
| W.B. MARDEN, COMPANY | : | |
| Defendants | : | |

## PLAINTIFF'S RULE 14(a) COMPLAINT AGAINST THIRD-PARTY DEFENDANT THIRTY ACRE WOOD, LLC

1. On January 27, 2005, plaintiff filed a Complaint against defendants, Ferguson & Shamamian Architects, LLP (hereinafter "FSA") and W.B. Marden Company (hereinafter "WBM").

2. Plaintiff's Complaint alleged *inter alia* that its insured's property was damaged as a result a the negligence of defendant FSA and/or defendant WBM.

3. On September 1, 2005, defendant FSA filed a Third-Party Complaint against third-party defendant Thirty Acre Wood, LLC (hereinafter "TAW").

4. In its Third-Party Complaint, defendant/third-party plaintiff FAC alleged, *inter alia,* that the damages resulted from the negligence of third-party defendant TAW and seeks contribution, contractual and common law indemnity from them.

5. If it is determined that plaintiff's damages were caused by the aforesaid conduct of third-party defendant TAW, so that third-party defendant alone is liable to the plaintiff, or is jointly and severally liable with defendant/third-party plaintiff FAC and/or other parties for

plaintiff's damages, plaintiff hereby makes a direct claim against the third-party defendant pursuant to Rule 14(a) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiff demands judgment in its favor and against third-party defendant Thirty Acre Woods, LLC, in the amount of Eight Hundred Seven Thousand Five Hundred Ninety Dollars and Seventy-Two Cents ($807,590.72) together with interest and costs of this action.

                                         Respectfully submitted,

                                         GREAT NORTHERN INSURANCE COMPANY,
                                         By its attorneys,

                                         s/Robert M. Caplan
                                         ROBERT M. CAPLAN, ESQUIRE
                                         DANIEL J. LUCCARO ESQUIRE
                                         Cozen O'Connor
                                         1900 Market Street, 3rd Floor
                                         Philadelphia, PA 19103
                                         215.665.4191

Local Counsel:
Patrick J. Loftus, III, Esquire
9 Park Street, #500
Boston, MA  02108
617.723.7770


Dated:  September 12, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record.

Jay S. Gregory, Esquire
World Trade Center East
Two Seaport Lane
Boston, MA 02210

Kathleen Tulloh Brink, Esquire
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111

I further certify that I sent a copy of the foregoing via regular mail to Thirty Acre Wood, LLC, 43 Nobadeer Farm Road, Nantucket, MA 02554.

s/ Robert Caplan
ROBERT CAPLAN, ESQUIRE