UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

Civil Action No. 05CV-10165-RGS

GREAT NORTHERN INSURANCE
COMPANY, as Subrogee of JON AND
ABBY WINKELREID,
        Plaintiff

v.

FERGUSON & SHAMAMIAN
ARCHITECTS, LLP AND
W.B. MARDEN COMPANY,
        Defendants

And

W.B. MARDEN COMPANY,
        Third-Party Plaintiff

v.

ELLIS AND SCHNEIDER,
        Third-Party Defendant

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Third-Party Defendant, Ellis & Schneider, Inc., relative to the above matter.

Respectfully submitted,
By its Attorney,

/s/ Martin S. Cosgrove
MARTIN S. COSGROVE
COSGROVE, EISENBERG & KILEY, P.C.
803 HANCOCK ST.
P.O. BOX 189
QUINCY, MA 02170
(617) 479-7770
BBO NO.: 100920

DATED:

CERTIFICATE OF SERVICE

  I hereby certify that I have this day forwarded a copy of the within Notice of Appearance by mailing a copy of same, first class mail, postage prepaid, to:

Kathleen C. Tulloh Brink, Esq.
Mintz, Levin, Cohn, Ferris,
 Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111

Robert M. Caplan, Esq.
Daniel J. Luccaro, Esq.
Cozen & O'Connor
1900 Market St.
The Atrium 3rd Floor
Philadelphia, PA

Jay S. Gregory, Esq.
David J. Hatem, Esq.
Donovan & Hatem, LLP
Two Seaport Lane
Boston, MA  02210

Patrick J. Loftus, III, Esq.
Law Offices of Patrick Loftus
9 Park St., 5th Floor
Boston, MA  02108


DATED:                 _____
                       MARTIN S. COSGROVE


F:\Home\Dcarter\Arbella\ellis & schneider\appearance.doc