UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

Civil Action No.  05CV-10165-RGS

GREAT NORTHERN INSURANCE
COMPANY, as Subrogee of JON AND
ABBY WINKELREID,
        Plaintiff

v.

FERGUSON & SHAMAMIAN
ARCHITECTS, LLP AND
W.B. MARDEN COMPANY,
        Defendants

And

W.B. MARDEN COMPANY,
        Third-Party Plaintiff

v.

ELLIS AND SCHNEIDER,
        Third-Party Defendant

---

THIRD-PARTY DEFENDANT, ELLIS AND SCHNEIDER'S, ANSWER
TO THIRD PARTY COMPLAINT

---

## PARTIES

1. The Third-Party Defendant admits the allegations of Paragraph 1 of the Third-Party Complaint.

2. The Third-Party Defendant denies the allegations of Paragraph 2 of the Third-Party Complaint.

## FACTS

3. The Third-Party Defendant admits the allegations of Paragraph 3 of the Third-Party Complaint.

4. The Third-Party Defendant admits the allegations of Paragraph 4 of the Third-Party Complaint.

5. The Third-Party Defendant denies the allegations of Paragraph 5 of the Third-Party Complaint.

6. The Third-Party Defendant denies the allegations of Paragraph 6 of the Third-Party Complaint.

7. The Third-Party Defendant denies the allegations of Paragraph 7 of the Third-Party Complaint.

8. The Third-Party Defendant denies the allegations of Paragraph 8 of the Third-Party Complaint.

9. The Third-Party Defendant denies the allegations of Paragraph 9 of the Third-Party Complaint.

10. The Third-Party Defendant denies the allegations of Paragraph 10 of the Third-Party Complaint.

11. The Third-Party Defendant denies the allegations of Paragraph 11 of the Third-Party Complaint.

12. The Third-Party Defendant denies the allegations of Paragraph 12 of the Third-Party Complaint.

## COUNT I
**(Contribution as to Ellis and Schneider)**

13. The Third-Party Defendant repeats and realleges its answers to Paragraphs 1 through 12 herein and incorporates them by reference.

14. The Third-Party Defendant denies the allegations of Paragraph 14 of the Third-Party Complaint.

15. The Third-Party Defendant denies the allegations of Paragraph 15 of the Third-Party Complaint.

## COUNT II
**(Common Law Indemnification – Ellis and Schneider)**

16. The Third-Party Defendant repeats and realleges its answers to Paragraphs 1 through 15 herein and incorporates them by reference.

17. The Third-Party Defendant denies the allegations of Paragraph 17 of the Third-Party Complaint.

18. The Third-Party Defendant denies the allegations of Paragraph 18 of the Third-Party Complaint.

19. The Third-Party Defendant denies the allegations of Paragraph 19 of the Third-Party Complaint.

WHEREFORE, the Third-Party Defendant, Ellis and Schneider, requests that the Third-Party Complaint be dismissed.

>Respectfully submitted,
>By its Attorney,
>
>/s/ Martin S. Cosgrove
>MARTIN S. COSGROVE
>COSGROVE, EISENBERG & KILEY, P.C.
>803 HANCOCK ST.
>P.O. BOX 189
>QUINCY, MA  02170
>(617) 479-7770
>BBO NO.:  100920

DATED:

F:\Home\Dcarter\Arbella\ellis & schneider\answer3rdptycomp.doc

CERTIFICATE OF SERVICE

      I hereby certify that I have this day forwarded a copy of the within Third-Party Defendant, Ellis and Schneider's, Answer to Third-Party Complaint, by mailing a copy of same, first class mail, postage prepaid, to:

Kathleen C. Tulloh Brink, Esq.
Mintz, Levin, Cohn, Ferris,
  Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111

Robert M. Caplan, Esq.
Daniel J. Luccaro, Esq.
Cozen & O'Connor
1900 Market St.
The Atrium 3rd Floor
Philadelphia, PA

Jay S. Gregory, Esq.
David J. Hatem, Esq.
Donovan & Hatem, LLP
Two Seaport Lane
Boston, MA  02210

Patrick J. Loftus, III, Esq.
Law Offices of Patrick Loftus
9 Park St., 5th Floor
Boston, MA  02108


DATED:                               /s/ Martin S. Cosgrove_____
                                        MARTIN S. COSGROVE

F:\Home\Dcarter\Arbella\ellis & schneider\answer3rdptycomp.doc