UNITED STATES DISTRICT COURT
DISTRICT COURT MASSACHUSETTS

CIVIL ACTION NUMBER: 1:05-CV-10165-RGS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| FERGUSON & SHAMANIAN ARCHITECTS, LLP | ) |
| et al | ) |
| | ) |
| Defendant | ) |

NOTICE OF CHANGE OF ADDRESS

To the Clerk of the above named court:

Kindly change the address with regard to the defendant, W. B. Marden Company as follows:

Kathleen C. Tulloh Brink
Lynch & Lynch
45 Bristol Drive
South Easton, MA   02375
(508)230-2500


/s/

_____
Kathleen C. Tulloh Brink  BBO #
Lynch & Lynch
45 Bristol Drive
South Easton, MA   02375
(508) 230-2500


L87 0427684