UNITED STATES DISTRICT COURT
DISTRICT COURT MASSACHUSETTS

CIVIL ACTION NUMBER:  1:05-CV-10165-RGS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| FERGUSON & SHAMANIAN ARCHITECTS, LLP et al | ) ) |
| | ) |
| Defendant | ) |

NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the above named court:

Kindly withdraw my appearance as to the defendant, W. B. Marden Company.

/s/
_____
Kathleen C. Tulloh Brink
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500

L87 0427686