UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GREAT NORTHERN INSURANCE COMPANY,
As Subrogee of Jon and Abby Winkelreid
    Plaintiff(s)

VS.

FERGUSON & SHAMANIAN ARCHITECTS, LLP
and W.B. MARDEN COMPANY
    Defendant(s)

AND

FERGUSON & SHAMANIAN ARCHITECTS, LLP
    Third Party Plaintiff

VS.

THIRTY ACRE WOOD, LLC
    Third Party Defendant

Civil Action No.
05CV10165-RGS

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

Please enter our appearance for the Third Party Defendant, **Thirty Acre Wood, LLC,** in the above-entitled matter.

THOMAS B. FARREY, III/BBO# 159880
FRANK S. PUCCIO, JR./BBO# 407580
Burns & Farrey
446 Main Street
Worcester, Massachusetts 01608
Telephone 508-756-6288

## CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III AND/OR FRANK S. PUCCIO, JR., hereby certify that I have this date mailed a copy of the within document, by first class mail postage prepaid, to **Patrick L. Loftus,, III, Esquire, Law Office of Patrick J. Loftus, III, 9 Park Street, Suite 500, Boston, MA  02108; Robert M. Cozen, Esquire, Cozen & O'Connor, 1900 Market Street, Philadelphia, PA 19103; Kathleen Brink, Esquire, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 1 Financial Center, Boston, MA  02111; Jay S. Gregory, Esquire, Donovan Hatem LLP, Two Seaport Lane, 8th floor, Boston, MA  02210.**

DATED:  December 1, 2005

                                        THOMAS B. FARREY, III
                                        FRANK S. PUCCIO, JR.

FSP/nmk
(0000WW-0588 cp#9)