## CERTIFICATE OF SERVICE

I, PATRICK J. LOFTUS, III, attorney for Plaintiff, do hereby certify that a true and exact copy of the foregoing Motion for Admission of James P. Cullen, Jr., Esquire and Joseph F. Rich, Esquire *Pro Hac Vice* has been served upon counsel by United States Mail, postage pre-paid, this _1_ day of February, 2006, as follows:

Jay Gregory, Esquire
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

John F. Gleavy, Jr., Esquire
Lynch & Lynch
45 Bristol Drive
So. Easton, MA 02375

William A. Worth, Esquire
Prince, Lobel, Glovsky & Tye, LLP
575 Commercial Street
Boston, MA 02109-1024

Martin S. Cosgrove, Esquire
Cosgrove, Eisenberg & Kiley, PC
803 Hancock Street
Quincy, MA 02170

_____
PATRICK J. LOFTUS, III, ESQUIRE.