UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GREAT NORTHERN INSURANCE COMPANY as subrogee of JON and ABBY WINKELREID, Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 05-10165 RGS |
| v. | ) | |
| FERGUSON & SHAMAMIAN ARCHITECTS, LLP, | ) | |
| and | ) | **JURY TRIAL DEMANDED** |
| W.B. MARDEN, COMPANY, Defendants. | ) | |

**WITHDRAWAL OF APPEARANCE**

TO: CLERK, U.S. DISTRICT COURT

Kindly withdraw my appearance on behalf of Plaintiff, Great Northern Insurance Company a/s/o Jon and Abby Winkelreid. in regard to the above-captioned action.

COZEN O'CONNOR

BY: /s/ *Robert M. Caplan, Esquire*
Robert M. Caplan, Esquire
Attorneys for Plaintiff
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

**ENTRY OF APPEARANCE**

TO: CLERK, U.S. DISTRICT COURT

Kindly enter my appearance on behalf of Plaintiff, Great Northern Insurance Company a/s/o Jon and Abby Winkelreid. in regard to the above-captioned action.

COZEN O'CONNOR

BY: /s/ *James P. Cullen, Jr., Esquire*
James P. Cullen, Jr., Esquire
Attorneys for Plaintiff
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

Co-Counsel
Patrick J. Loftus, III, Esquire
9 Park Street, Suite 500
Boston, MA 02108
617-723-7770

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GREAT NORTHERN INSURANCE COMPANY as subrogee of JON and ABBY WINKELREID, Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 05-10165 RGS |
| v. | ) | |
| FERGUSON & SHAMAMIAN ARCHITECTS, LLP, | ) | |
| and | ) | **JURY TRIAL DEMANDED** |
| W.B. MARDEN, COMPANY, Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2006, I served a copy of the foregoing Plaintiff's Withdraw/Entry of Appearance upon the following counsel of record, via first class mail.

David J. Hatem, Esquire
Jay S. Gregory, Esquire
Donovan & Hatem, LLP
Two Seaport Lane
Boston, MA 02210

John F. Gleavy, Jr., Esquire
Lynch & Lynch
45 Bristol Drive
So. Easton, MA 02375

Kathleen C. Tulloh Brink, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111

Martin S. Cosgrove
Cosgrove, Eisenberg & Kiley, PC
803 Hancock Street
Quincy, MA 02170

Frank S. Puccio, Esquire
Thomas B. Farrey, III, Esquire
Burns & Farrey
446 Main Street
Worcester, MA 01608

/s/ *Robert M. Caplan, Esquire*
Robert M. Caplan, Esquire