UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

Civil Action No.  05CV-10165-RGS

GREAT NORTHERN INSURANCE
COMPANY, as Subrogee of JON AND
ABBY WINKELREID,
          Plaintiff

v.

FERGUSON & SHAMAMIAN
ARCHITECTS, LLP AND
W.B. MARDEN COMPANY,
          Defendants and Third-Party Plaintiffs

v.

THIRTY ACRE WOOD, LLC and
ELLIS AND SCHNEIDER,
          Third-Party Defendants

_____

ANSWERS OF THIRD-PARTY DEFENDANT, ELLIS AND SCHNEIDER,
TO INTERROGATORIES OF THIRD-PARTY DEFENDANT, THIRTY ACRE WOOD, LLC
_____

**INTERROGATORY NO. 1:**

Please state your name, home address, business address, date of birth and position or title with the Third Party Defendant, Ellis.

**ANSWER NO. 1:**

Alan Schneider, P.O. Box 1590, Nantucket, MA; d.o.b. 11/17/66, Vice President of Ellis and Schneider.

**INTERROGATORY NO. 2:**

Please identify any and all work performed by Ellis at 15 Cathcart Road, Nantucket, Massachusetts from January 1, 2002 through January 30, 2004, including a complete description of the work performed, the dates on which such work was performed and the names and addresses of the persons who performed such work.

**ANSWER NO. 2:**

With respect to the main house where the incident occurred, we wired that home from start to finish. The dates when the work was done are included in the invoices which are available for inspection and copying. The names of the persons who did the work are also in the invoices.

With respect to the work that was done in January 2004 that would be only one date. On January 8, 2004 Jeffrey Weiner and Charles Manville were instructed to go to 15 Cathcart Rd., Nantucket, MA, because of a problem regarding one of the humidifiers that was not working. This was humidifier #2 and it was located in the left basement mechanical room under the kitchen. They arrived there and found that the problem was not with the humidifier itself but with a circuit breaker that supplied power to the humidifier. The unit that they worked on had 110 current that needed to be changed to 220. At no time did they shut off or turn on any water supply because at no time did they have any contact with the water lines to the bedroom where the leak occurred.

**INTERROGATORY NO. 3:**

Please identify by name and home address any and all employees of Ellis who performed any work at 15 Cathcart Road, Nantucket, Massachusetts from December 1, 2002 through January, 2004.

**ANSWER NO. 3:**

William Ellis, A. Jeffrey Schneider, Jeffrey Weiner, Charles Manville, Andrew Ryder, Ralph Hardy and Walter Kelly. These people can be contacted through Ellis & Schneider at 41 Nobadeer Farm Rd., Nantucket, MA. We do not have an address for Charles Manville or Andrew Ryder.

**INTERROGATORY NO. 4:**

Please describe any and all work performed by Ellis on the humidifier and/or HVAC system at 15 CARTHCART Road, Nantucket, Massachusetts from December 1, 2002 through January, 2004, including the dates upon such work was performed and the persons who performed the work.

**ANSWER NO. 4:**

I am enclosing the invoices which pertain to the work done on the humidifier. See Answer No. 2.

**INTERROGATORY NO. 5:**

Please identify any and all communications between Ellis and Thirty Acre Wood, its agents or employees, regarding 15 Cathcart Road, Nantucket, Massachusetts, including as to each communication:

    a.    Whether it was written or oral;

    b.    The date of the communication;

    c.    The parties to the communication; and

    d.    The substance of the communication.

**ANSWER NO. 5:**

There were no formal or written communications. We talked almost daily with Ron Winters and John Trebe. They would tell us the electrical work to be performed. The invoices would reflect all of the work that was done. Please refer to the Response to Request for Production of Documents which contains our entire file.

**INTERROGATORY NO. 6:**

Please identify any and all communications between Ellis and Ferguson and Shamamian Architects, LLP, its agents or employees, regarding 15 Cathcart Road, Nantucket, Massachusetts, including as to each communication:

    a.    Whether it was written or oral;

    b.    The date of the communication;

    c.    The parties to the communication; and

    d.    The substance of the communication.

**ANSWER NO. 6:**

We had no oral or written communications with the architect. We did, however, work off of the plans the architect supplied to Thirty Acre Woods. Please refer to Response to Request for Production of Documents which contains our entire file.

**INTERROGATORY NO. 7:**

Please identify any and all communications between Ellis and Consulting Engineering Services, Inc. ("CES"), its agents or employees, regarding 15 Cathcart Road, Nantucket, Massachusetts, including as to each communication.

    a.    Whether it was written or oral;

    b.    The date of the communication;

    c.    The parties to the communication; and

    d.    The substance of the communication.

**ANSWER NO. 7:**

There was no direct contact with CES.  However, we were given documents by Thirty Acre Woods that originated from CES and they are enclosed in the Response to Request for Production of Documents.

**INTERROGATORY NO. 8:**

Please identify any and all communications between Ellis and W.B. Marden Company, its agents or employees, regarding at Cathcart Road, Nantucket, Massachusetts, including as to each communication:

    a.    Whether it was written or oral;

    b.    The date of the communication;

    c.    The parties to the communication; and

    d.    The substance of the communication.

**ANSWER NO. 8:**

None.

**INTERROGATORY NO. 9:**

Please identify any and all communications between Ellis and "homeowners", its agents or employees, regarding 15 Cathcart Road, Nantucket, Massachusetts, including as to each communication:

    a.    Whether it was written or oral;

  b.  The date of the communication;

  c.  The parties to the communication; and

  d.  The substance of the communication.

**ANSWER NO. 9:**

 None.

**INTERROGATORY NO. 10:**

 Please identify by subject, date and parties any and all contracts or agreements pursuant to which Ellis performed work at 15 Cathcart Road, Nantucket, Massachusetts.

**ANSWER NO. 10:**

 We did work based on time and materials. There are 500-1,000 invoices that are archived and available for inspection. The invoices pertaining to HVAC work are contained in the Response to Request for Production of Documents.

 Signed under the penalties of perjury this 10th day of July, 2006.

               ELLIS & SCHNEIDER, INC.


               BY: /s/ A. Jeffrey Schneider
                  A. JEFFREY SCHNEIDER

F:\Home\Dcarter\Arbella\ellis & schneider - 11984\thirtyints.answers.doc

CERTIFICATE OF SERVICE

      I hereby certify that I have this day forwarded a copy of the within Answers of Third-Party Defendant, Ellis and Schneider, to Interrogatories of Third-Party Defendant, Ellis and Schneider, by mailing a copy of same, first class mail, postage prepaid, to:

Francis J. Lynch, III, Esq./John F. Gleavy, Esq.
Lynch & Lynch
45 Bristol Dr.
So. Easton, MA  02375

James Cullen, Esq.
Cozen & O'Connor
1900 Market St.
The Atrium 3rd Floor
Philadelphia, PA

Jay S. Gregory, Esq.
David J. Hatem, Esq.
Donovan & Hatem, LLP
Two Seaport Lane
Boston, MA  02210

Patrick J. Loftus, III, Esq.
Law Offices of Patrick Loftus
9 Park St., 5th Floor
Boston, MA  02108

Thomas B. Farrey, Esq.
Frank S. Puccio, Jr., Esq.
Burns & Farrey
446 Main St.
Worcester, MA  01608

DATED:  7/18/06                /s/ Martin S. Cosgrove
                                                MARTIN S. COSGROVE

F:\Home\Dcarter\Arbella\ellis & schneider - 11984\thirtyints.answers.doc

**ELLIS & SCHNEIDER INC.**
Electrical Contractors
2 Greglen Ave. PMB 268
NANTUCKET, MA 02554
Phone (508) 228-9431
FAX (508) 325-0414

**JOB WORK ORDER**
**3318**

| CUSTOMERS ORDER NO. | DATE ORDERED |
|---|---|
|  | 1-10-03 |
| ORDER TAKEN BY | DATE PROMISED ☐ A.M. ☐ P.M. |
|  | 1/11 |

| BILL TO | Winters Construction | PHONE |  |
|---|---|---|---|
| ADDRESS |  | MECHANIC | B.E. |
| CITY |  | HELPER |  |

JOB NAME AND LOCATION: Winkel/Reid
DESCRIPTION OF WORK: MAIN HOUSE
Wire Air Handlers, boiler, pumps

☒ DAY WORK
☐ CONTRACT
☐ EXTRA

| QUANT. | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
|---|---|---|---|
| 8 | 4x4 x 1½ box | 2.98 | 23 84 |
| 14 | 4x4 x 2⅛ box | 3.60 | 50 40 |
| 18 | 4x4 Cover | 1.98 | 35 64 |
| 2 | 4x4 x Blank plate | .52 | 1 04 |
| 13 | ½" offset Nipples | 3.10 | 40 30 |
| 20 | ½" Emt | .41 | 8 20 |
| 24 | ½" Emt Connectors | .43 | 10 32 |
| 38 | ½" Emt clips | .22 | 8 36 |
| 75 | ½" Greenfield | .94 | 70 50 |
| 16 | ½" Greenfield Straight Conn | .94 | 15 36 |
| 28 | ½" Greenfield 90° Conn | 2.20 | 61 60 |
| 6 | ½" Rubber Gromets | .40 | 2 40 |
| 44 | Anti Shorts | .14 | 6 16 |
| 200 | ¾ x 10 screws | .07 | 14 00 |
| 3 | ½" mini clip | .56 | 1 68 |
| 1 | B120 box | 1.05 | 1 05 |

| HOURS | LABOR |  | AMOUNT | | |
|---|---|---|---|---|---|
| 12 | MECHANICS | @ 50 — | 600 — | TOTAL MATERIALS | 588 45 |
| 12 | HELPERS | @ 40 — | 480 — | TOTAL LABOR | 1080 — |

I hereby acknowledge the satisfactory completion of the above described work.
SIGNATURE

| TOTAL LABOR | | TAX | 29 42 |
|---|---|---|---|
| DATE COMPLETED | | TOTAL | 1697 87 |

**Ellis & Schneider Inc.**
Electrical Contractors
2 Greglen Ave. PMB 268
NANTUCKET, MA 02554
Phone (508) 228-9431
FAX (508) 325-0414

**JOB WORK ORDER 3329**

| | |
|---|---|
| CUSTOMERS ORDER NO. | |
| DATE ORDERED | 01/09/03 |
| ORDER TAKEN BY | |
| DATE PROMISED | 1/11 |

BILL TO: Winters Construction
ADDRESS:
CITY:
MECHANIC: JS, BE
HELPER: JW, AR

JOB NAME AND LOCATION: Winkelried — MAIN HOUSE
DESCRIPTION OF WORK: Heating System
☒ DAY WORK ☐ CONTRACT ☐ EXTRA

| QUANT | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT | |
|---|---|---|---|---|
| 3 | Q0220 Circuit Breaker | 31.08 | 93 | 24 |
| 6 | Q0120 | 13.08 | 78 | 48 |
| 4 | TS60 Temp Thermostat | 14.18 | 56 | 72 |
| 15 | Single pole switch | 2.25 | 33 | 05 |
| 6 | Double pole switch | 13.90 | 83 | 40 |
| 1 | GFCI REC | 20.00 | 20 | 00 |
| 4 | 20 Amp 250V single REC | 7.98 | 31 | 92 |
| 320' | 18-2 Thermostat Wire | .13 | 41 | 60 |
| 384' | #14 THHN | .14 | 53 | 76 |
| 82' | #12 THHN | .15 | 12 | 30 |
| 56 | Yellow Wire Nuts | .13 | 7 | 28 |
| 40 | Orange Wire Nuts | .11 | 4 | 40 |
| 2 | 4"x4" End Cap Duct | 5.78 | 11 | 56 |
| 2 | 4"x4"x5' Duct Way | 66.00 | 132 | — |
| 1 | 4"x4"x4" Duct Way | 58.34 | 58 | 34 |
| 2 | 4"x4" Joiner | 5.78 | 11 | 56 |

| HOURS | LABOR | AMOUNT | | |
|---|---|---|---|---|
| 22 | MECHANICS @ 50— | 1100 | — | |
| 22 | HELPERS @ 40— | 880 | — | |

TOTAL MATERIALS: 730 | 31
TOTAL LABOR: 1980 | —
TAX: 36 | 52
TOTAL: 2046.83

Receptacles for humidifiers

Crct Brkrs for humidifier Receptacles

**ELLIS & SCHNEIDER INC.**
Electrical Contractors
2 Greglen Ave. PMB 268
NANTUCKET, MA 02554
Phone (508) 228-9431
FAX (508) 325-0414

**JOB WORK ORDER**
**3669**

| CUSTOMERS ORDER NO. | DATE ORDERED 06/20/02 |
|---|---|
| ORDER TAKEN BY | DATE PROMISED A-10 6/21 ☐ A.M. ☒ P.M. |

| BILL TO | Winters Construction | PHONE | |
|---|---|---|---|
| ADDRESS | MAIN | MECHANIC | JS |
| CITY | | HELPER | JU |
| JOB NAME AND LOCATION | Windrebreed 6/20 9/8 | ☒ DAY WORK ☐ CONTRACT ☐ EXTRA | |

DESCRIPTION OF WORK
Boiler + Hotwater Wiring
A.C. Low Voltage   6/19 8½

| QUANT. | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
|---|---|---|---|
| 10' | ½" EMT | .41 | 4  10 |
| 1 | 6x6x6 Splice Box Metal | 19.13 | 19  13 |

| HOURS | LABOR | @ | AMOUNT | | |
|---|---|---|---|---|---|
| 15 | MECHANICS | @ 55— | 825— | TOTAL MATERIALS | 23  23 |
| 16 | HELPERS | @ 45— | 720— | TOTAL LABOR | 1545— |
| | I hereby acknowledge the satisfactory completion of the above described work. | TOTAL LABOR | | TAX | 1  15 |
| | SIGNATURE | | DATE COMPLETED | TOTAL | 1569.38 |

| | | | |
|---|---|---|---|
| **ELLIS & SCHNEIDER INC.** Electrical Contractors 2 Greglen Ave. PMB 268 NANTUCKET, MA 02554 Phone (508) 228-9431 FAX (508) 325-0414 | | **JOB WORK ORDER** **3695** | |
| | CUSTOMERS ORDER NO. | DATE ORDERED 07/01/03 | |
| | ORDER TAKEN BY | DATE PROMISED ☐ A.M. ☐ P.M. | |
| BILL TO Winters Construction | | PHONE | |
| ADDRESS | | MECHANIC R.H. WK | |
| CITY | | HELPER | |
| JOB NAME AND LOCATION Winkelreed / Main House | | ☒ DAY WORK ☐ CONTRACT ☐ EXTRA | |
| DESCRIPTION OF WORK R.H. 9½ WK 9½ Finish Exhaust Fan A/C + Humi Cct Bakrs | | | |

| QUANT. | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 4x4x Deep Box | 3.60 | 3.60 |
| 2 | QOB220 Cct Bakr | 32.60 | 65.20 |
| 2 | QOB240 Cct Bakr | 32.60 | 65.20 |
| 1 | QOB120 GFI Cct Bakr | 158.28 | 158.28 |
| 2 | QOB120 Cct Bkr | 14.16 | 28.32 |
| 2 | QO 120 Cct Bakr | 14.16 | 28.32 |
| 2 | 3/4" Rwy Conn. | .74 | 1.48 |
| 2 | 20A 125V Cct Bakr | 6.18 | 12.34 |
| 1 | 4x4x Single Recept Cover | 1.98 | 3.96 |
| 4 | 1" x 10 Screws | .09 | .36 |
| 8 | yellow Scrlk | .16 | 1.28 |
| 2 | Rwy Conn. | .35 | .70 |
| 2 | Grnd Screw | .10 | .20 |
| 1 | B120 N.O. Box | 1.05 | 1.05 |
| 1 | Wht Sngle Recpt Plate | 1.18 | 1.18 |
| 1 | Flat Wht ceiling Blank | 3.70 | 3.70 |

| HOURS | LABOR | AMOUNT | | |
|---|---|---|---|---|
| 14 9½ | MECHANICS @ 55 — | 770 — | TOTAL MATERIALS | 375.19 |
| | HELPERS @ | | TOTAL LABOR | 770 — |
| | TOTAL LABOR | | TAX | 18.74 |
| I hereby acknowledge the satisfactory completion of the above described work. SIGNATURE | DATE COMPLETED | | TOTAL | 1163.98 |

Cct Bakrs for Humidifier Receptacles

**ELLIS & SCHNEIDER INC.**
Electrical Contractors
2 Greglen Ave. PMB 268
NANTUCKET, MA 02554
Phone (508) 228-9431
FAX (508) 325-0414

**JOB WORK ORDER**
**3749**

| CUSTOMERS ORDER NO. | DATE ORDERED |
|---|---|
|  | 07/03/03 |

| ORDER TAKEN BY | DATE PROMISED |
|---|---|

BILL TO: Winters Construction
ADDRESS:
CITY:
PHONE:
MECHANIC: JS RH
HELPER: JW AR

JOB NAME AND LOCATION: Winkelreed
☒ DAY WORK
☐ CONTRACT
☐ EXTRA

DESCRIPTION OF WORK: West Mechanical Finish

| QUANT. | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
|---|---|---|---|
| 1 | wht GFI Recpt | 20.00 | 20 00 |
| 4 | 4x4 Deep Box | 3.60 | 14 40 |
| 8' | ½" Flex | .49 | 3 92 |
| 25' | 18x6 Therm wire | .38 | 9 50 |
| 1 | wht Duplex Recpt | 1.50 | 1 50 |
| 4 | 4x4 box 1 + 1/2 | 3.30 | 13 20 |
| 6 | metal Pkny Conn. | .35 | 2 10 |
| 3 | Q0220 Circt Bakr | 32.60 | 97 80 |
| 2 | Q0120 Circt Bakr | 14.16 | 28 32 |
| 1 | 20A 125V Single Recpt. | 6.18 | 6 18 |
| 2 | 20A 125V Duplex Recpt. | 3.30 | 6 60 |
| 3 | 4x4 Duplex Recpt Cover | 1.98 | 5 94 |
| 16 | yellow winenut | .13 | 2 08 |
| 1 | Wht | 1.30 | 1 30 |
| 14 | 1" x 10 Screw | .09 | 1 26 |
| 2 | ½" EMT Conn. | .43 | 86 |

| HOURS | LABOR |  | AMOUNT |  |  |
|---|---|---|---|---|---|
| 17 | MECHANICS | @55— | 935— | TOTAL MATERIALS | 214 96 |
| 17 | HELPERS | @45— | 765— | TOTAL LABOR | 1700— |
|  | TOTAL LABOR |  |  | TAX | 10 75 |
|  | DATE COMPLETED |  |  | TOTAL | 1925.71 |

I hereby acknowledge the satisfactory completion of the above described work.
SIGNATURE

**ELLIS & SCHNEIDER INC.**
Electrical Contractors
2 Greglen Ave. PMB 268
NANTUCKET, MA 02554
Phone (508) 228-9431
FAX (508) 325-0414

**JOB WORK ORDER**
**3752**

| CUSTOMERS ORDER NO. | DATE ORDERED 07/08/07 |
|---|---|
| ORDER TAKEN BY | DATE PROMISED ☐ A.M. ☐ P.M. |

BILL TO: Winters Construction
PHONE:
ADDRESS:
MECHANIC: JS
CITY:
HELPER: Jen
JOB NAME AND LOCATION: Wildreed / Main House
☐ DAY WORK ☐ CONTRACT ☐ EXTRA

DESCRIPTION OF WORK:
Wine Cellar compressor
Make up Air temp A/C

| QUANT. | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
|---|---|---|---|
| 1 | P+S 30AC2-1 D.P. Sw | 66.20 | 66.20 |
| 1 | 4x4x Toggle Cover | 1.98 | 1.98 |
| 3 | 24V 40VA Transformer | 33.60 | 100.80 |
| 2 | 4x4x Deep Box | 3.60 | 7.20 |
| 8 | 1" x 10 Screw | .09 | .72 |
| 8 | yellow Wire Conn | .16 | 1.28 |
| 2 | ground Screw | .10 | .20 |
| 2 | Metal Wire Conn | .35 | .70 |

| HOURS | LABOR | | AMOUNT | | | |
|---|---|---|---|---|---|---|
| 2 | MECHANICS | @ 55— | 110— | TOTAL MATERIALS | 179 | 08 |
| 4½ | HELPERS | @ 45— | 202 50 | TOTAL LABOR | 312 | — |

I hereby acknowledge the satisfactory completion of the above described work.
TOTAL LABOR
TAX: 8 95
SIGNATURE
DATE COMPLETED
TOTAL: 500 03

**ELLIS & SCHNEIDER INC.**
Electrical Contractors
2 Greglen Ave. PMB 268
NANTUCKET, MA 02554
Phone (508) 228-9431
FAX (508) 325-0414

**JOB WORK ORDER** 4069

| CUSTOMERS ORDER NO. | DATE ORDERED 10/02/03 |
|---|---|
| ORDER TAKEN BY | DATE PROMISED ☐ A.M. ☐ P.M. |

| BILL TO | Winters Construction | PHONE | |
|---|---|---|---|
| ADDRESS | | MECHANIC | TS |
| CITY | | HELPER | JCW |
| JOB NAME AND LOCATION | Winkhead / Main House | ☒ DAY WORK | |
| DESCRIPTION OF WORK | Barbeque power | ☐ CONTRACT | |
| | Heating punchlist items | ☒ EXTRA | |

| QUANT. | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
|---|---|---|---|
| 30' | 10x2 UF | .58 | 17 40 |
| 1 | Carlon E9UVCRN in use cover | 26.32 | 26 32 |
| 1 | Arlington GP19B Post | 35.90 | 35 90 |
| 1 | Black GFI recpt. | 20.00 | 20 00 |
| 6 | Red scotchlck | .18 | 1 08 |
| 2 | 3M mastic pad | 6.98 | 13 96 |
| 2 | B120 W.O. Box | 1.05 | 2 10 |
| 2 | WHT 1G plt | 1.30 | 2 60 |
| 1 | 20A 220V sng6 recpt. | 6.18 | 6 18 |
| 15' | 12x2 Romex | .30 | 4 50 |
| 1 | 4 11/16 x 2 7/8 box | 3.60 | 3 60 |
| 1 | 4x4x 1G Divr Cvr | 2.64 | 2 64 |
| 6 | 1" x 10 screw | .09 | 54 |
| 6 | Blue wire nut | .11 | 66 |

| HOURS | LABOR | AMOUNT | | |
|---|---|---|---|---|
| 7 | MECHANICS | @ 55 — | TOTAL MATERIALS | 137 48 |
| 7 | HELPERS | @ 45 — | TOTAL LABOR | 700 — |
| | TOTAL LABOR | | TAX | 6 87 |
| SIGNATURE | | DATE COMPLETED | TOTAL | 844.35 |

Receptacle for Humidifier





**ELLIS & SCHNEIDER INC.**
Electrical Contractors
2 Gregien Ave. PMB 268
NANTUCKET, MA 02554
Phone (508) 228-9431
FAX (508) 325-0414

**JOB WORK ORDER**

No. 4289
A/O 1-26-04

| | |
|---|---|
| CUSTOMERS ORDER NO. | DATE ORDERED 1/8/04 |
| ORDER TAKEN BY | DATE PROMISED ☐ A.M. ☐ P.M. |

BILL TO: Winters Construction
ADDRESS:
CITY:
PHONE:
MECHANIC: C.M.
HELPER: S.W.

JOB NAME AND LOCATION: Winklerad / Main Hse
DESCRIPTION OF WORK: Troubleshoot - Humid #2

☒ DAY WORK  ☐ CONTRACT  ☐ EXTRA

| QUANT. | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Q0220 Circuit Bkr | 32.60 | 32.60 |

| HOURS | LABOR | AMOUNT | | | |
|---|---|---|---|---|---|
| 1 | MECHANICS @ 55 | 55.00 | TOTAL MATERIALS | 32 | 60 |
| 1 | HELPERS @ 45 | 45.00 | TOTAL LABOR | 100 | 00 |
| | TOTAL LABOR | 100 | TAX | 1 | 63 |
| | DATE COMPLETED | | TOTAL | 134 | 23 |

I hereby acknowledge the satisfactory completion of the above described work.
SIGNATURE

— Crct Bakr for Humidifier #2
NOT IN ATTIC
This unit is in basement

**ELLIS & SCHNEIDER INC.**
Electrical Contractors
2 Greglen Ave. PMB 268
NANTUCKET, MA 02554
Phone (508) 228-9431
FAX (508) 325-0414

**JOB WORK ORDER**
**3751**

| CUSTOMERS ORDER NO. | DATE ORDERED |
|---|---|
|  | 07/07/03 |
| ORDER TAKEN BY | DATE PROMISED ☐ A.M. ☐ P.M. |

| BILL TO | Winters Construction | PHONE | |
|---|---|---|---|
| ADDRESS | | MECHANIC | JS BF |
| CITY | | HELPER | JW |
| JOB NAME AND LOCATION | Winkelman / Main House | ☒ DAY WORK ☐ CONTRACT ☐ EXTRA | |
| DESCRIPTION OF WORK | Boiler Make up Air | | |

Finish / Wine Cellar, Compressor
A C + AH Controls

| QUANT. | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
|---|---|---|---|
| 3 | 4×4× Deep N.O. Box | 3.60 | 10 80 |
| 1 | 4×4× Single Gang Collar | 1.98 | 1 98 |
| 7' | 10/3 MC Cable | .28 | 1 96 |
| 4 | 3/8" Flex Conn | .44 | 1 76 |
| 2 | 90° 3/8" Flex Conn. | .72 | 1 44 |
| 60' | 18×2 therm wire | .13 | 7 80 |
| 40' | 10×2 Rmx | .62 | 24 80 |
| 1 | Q0230 crct bakr | 32.60 | 32 60 |
| 2 | wht toggle Sw S.P. | 2.25 | 4 50 |
| 1 | 4×4× Double toggle Cover | 1.98 | 1 98 |
| 10' | 3/8" Flex | .49 | 4 90 |
| 36' | 14 THHN | .14 | 5 04 |
| 2 | wht Duplex Recept | 1.50 | 3 00 |
| 1 | wht GFI Recept | 20.00 | 20 00 |
| 3 | wht 1 Gang Plate | 1.30 | 3 90 |
| 14 | yellow Sctn lk | .16 | 2 24 |

| HOURS | LABOR | AMOUNT | | |
|---|---|---|---|---|
| 16 | MECHANICS @ 55 | 880 — | TOTAL MATERIALS | 128 70 |
| 8 | HELPERS @ 45 — | 360 — | TOTAL LABOR | 1240 — |

I hereby acknowledge the satisfactory completion of the above described work.
SIGNATURE

TOTAL LABOR

DATE COMPLETED

TAX  6 44
TOTAL  1375 14