UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY<br>as subrogee of JON and ABBY WINKELREID,<br>　　　　Plaintiff,<br><br>　　v.<br><br>FERGUSON & SHAMAMIAN ARCHITECTS,<br>LLP,<br>　　and<br><br>W.B. MARDEN, COMPANY,<br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 05-10165 RGS<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## WITHDRAWAL OF APPEARANCE

TO:　CLERK, U.S. DISTRICT COURT

　　Kindly withdraw my appearance on behalf of Plaintiff, Great Northern Insurance Company a/s/o Jon and Abby Winkelreid. in regard to the above-captioned action.

　　　　　　　　　　　　　　　　　　COZEN O'CONNOR

　　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　Robert M. Caplan, Esquire
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　1900 Market Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　(215) 665-2000

## ENTRY OF APPEARANCE

TO:　CLERK, U.S. DISTRICT COURT

　　Kindly enter my appearance on behalf of Plaintiff, Great Northern Insurance Company a/s/o Jon and Abby Winkelreid. in regard to the above-captioned action.

　　　　　　　　　　　　　　　　　　COZEN O'CONNOR

　　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　James P. Cullen, Jr., Esquire
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　1900 Market Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　(215) 665-2000

Co-Counsel
Patrick J. Loftus, III, Esquire
9 Park Street, Suite 500
Boston, MA 02108
617-723-7770