UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY )<br>As Subrogree of Jon and Abby Winkelreid )<br>    Plaintiff(s) )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>FERGUSON & SHAMAMIAN ARCHITECTS, LLP )<br>and W.B. MARDEN COMPANY )<br>    Defendant(s) and Third Party Plaintiff(s) )<br>)<br>v. )<br>)<br>THIRTY ACRE WOOD, LLC and )<br>ELLIS AND SCHNEIDER )<br>    Third Party Defendant(s) )<br>)<br>v. )<br>)<br>CONSULTING ENGINEERING SERVICES, LLC )<br>    Fourth Party Defendant(s) )<br>) | CIVIL ACTION<br>NO. 05-CV-10165-RGS |

## THE FOURTH PARTY DEFENDANT CONSULTING ENGINEERING SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT

The fourth party defendant, Consulting Engineering Services, Inc. ("CES"), by and through its attorneys, Donovan Hatem LLP, hereby files this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 and states the following:

    1.    CES has no parent corporation, and

2. No publicly held corporation or company owns more than 10% of CES' stock.

Respectfully submitted,
CONSULTING ENGINEERING
SERVICES, LLC,
By its attorneys,

_____
David J. Hatem, PC, B.B.O. #225700
Jay S. Gregory, Esquire, B.B.O. #546708
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
Tel: (617)406-4500

Dated: 10/20/06

## CERTIFICATE OF SERVICE

I, Deborah F. Schwartz, Esquire, hereby certify that on this 20th day of October, 2006, I served the attached *The Fourth Party Defendant Consulting Engineering Services, LLC's Corporate Disclosure Statement* by mailing a copy thereof, postage pre-paid to:

Patrick J. Loftus, III
Law Office of Patrick J. Loftus, III
9 Park Street, Suite 500
Boston, MA 02108

Francis J. Lynch
John F. Gleavy
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375

Martin S. Cosgrove
Cosgrove, Eisenberg and Kiley, P.C.
803 Hancock Street
P.O. Box 189
Quincy, MA 02170

James Cullen
Cozen and O'Connor
1900 Market Street
Philadelphia, PA 19103

Thomas B. Farrey, III
Frank S. Puccio, Jr.
Margaret Reardon Suuberg
Burns & Farrey
446 Main Street
Worcester, MA 01608

_____
Deborah F. Schwartz, Esquire

01026079

2