UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY )<br>As Subrogee of Jon and Abby Winkelreid )<br>200 S. 6th Street )<br>Suite 1000 )<br>Minneapolis, Minnesota 55402-1470 )<br>)<br>      Plaintiff )<br>)<br>v. )<br>)<br>FERGUSON & SHAMAMIAN ARCHITECTS, LLP )<br>270 Lafayette Street )<br>Suite 300 )<br>New York, New York 10012 )<br>)<br>and )<br>)<br>W.B. MARDEN COMPANY )<br>2 Milk Street )<br>Nantucket, Massachusetts 02554 )<br>)<br>      Defendants ) | CIVIL ACTION<br>NO. 05-CV-10165-RGS |

## JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES

Now come all parties in the above-captioned matter and respectfully request the Court continue the pretrial conference, currently scheduled for April 19, 2007, and the trial, currently scheduled for April 23, 2007, until after June 22, 2007. In support of this motion, the parties state as follows:

1. The parties are trying to resolve this case through mediation and have scheduled mediation with Honorable Judge James Ryan (ret.) of JAMS. The mediation is scheduled to go forward on May 30, 2007.

2. Although the parties are optimistic that they will be able to resolve this case at mediation, they would like to keep this case on the docket in the event that mediation is

unsuccessful. Accordingly, the parties respectfully request that this Court reschedule the pretrial conference after June 22, 2007 and reschedule trial for the first available date thereafter. In this regard, counsel for Thirty Acre Wood, LLC is scheduled to try another federal court case between June 11, 2007 and June 22, 2007.

WHEREFORE, the parties respectfully request that the Court GRANT their motion and reschedule the pretrial and trial dates for dates after June 22, 2007.

Respectfully submitted,

GREAT NORTHERN INSURANCE COMPANY
As Subrogee of Jon and Abby Winkelreid
By its attorneys,

_____
James Cullen, Esquire
Cozen and O'Connor
1900 Market Street
Philadelphia, PA 19103

FERGUSON & SHAMAMIAN
ARCHITECTS, LLP and CONSULTING
ENGINEERING SERVICES, INC.
By their attorneys,

_____
David J. Hatem, PC
Jay S. Gregory, Esquire
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210

W.B. MARDEN COMPANY
By its attorneys,

_____
John F. Gleavy, Esquire
Nella Lussier, Esquire
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375

THIRTY ACRE WOOD, LLC
By its attorneys,

_____
Frank S. Puccio, Jr., Esquire
Burns & Farrey
446 Main Street
Worcester, MA 01608

ELLIS AND SCHNEIDER
By its attorneys,

_____
Martin S. Cosgrove, Esquire
Elizabeth Fliss, Esquire
Cosgrove, Eisenberg and Kiley, P.C.
803 Hancock Street
P.O. Box 189
Quincy, MA 02170

Date: April 4, 2007
01074531

2

## CERTIFICATE OF SERVICE

I, Jay S. Gregory, Esquire, hereby certify that on this ⟨4⟩ day of April, 2007, I served the attached ***Joint Motion ton Continue Pre-Trial Conference and Trial Dates*** electronically and by mailing a copy thereof, postage pre-paid to:

Martin S. Cosgrove, Esquire
Elizabeth Fliss, Esquire
Cosgrove, Eisenberg and Kiley, P.C.
803 Hancock Street
Post Office Box #189
Quincy, MA 02170

James Cullen, Esquire
Cozen and O'Connor
1900 Market Street
Philadelphia, PA 19103

John F. Gleavy, Esquire
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375

Frank S. Puccio, Jr., Esquire
Burns & Farrey
446 Main Street
Worcester, MA 01608

_____
Jay S. Gregory, Esquire