UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GREAT NORTHERN INSURANCE
    Plaintiff

v.                    CIVIL ACTION NO. 05-10165-RGS

FERGUSON & SHAMAMIAN ARCHITECTS, LLP ET AL
    Defendants

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

BY:

                              /s/ Mary H. Johnson
                              _____
                                 Deputy Clerk

DATED: 7-13-07